UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Urena Garcia

                                        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 1740 ) ( )

Defendant **Jose Urena Garcia** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Jose Urena Garcia by M. Cohen
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jose Urena Garcia
Print Defendant's Name

/s/ Martin Cohen
Defendant's Counsel's Signature

Martin Cohen
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2·16·2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge